**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 23-CR-027 (BAH)** |
| v. | |
| **ANTONIO OSEGUERA CERVANTES,** also known as "Tony Montana," "Chueho," "Joel Mora Garibay," "Tono," "T.M.," and "El 4," | |
| **Defendant.** | |

**JOINT MOTION FOR CONTINUANCE AND**
**INCORPORATED JOINT STATUS REPORT**

The United States of America ("the Government") and Defendant Antonio Oseguera Cervantes ("the Defendant"), by and through the undersigned counsel, hereby request that the Court continue the status hearing scheduled for May 2, 2025, to the week of July 7, 2025, or as soon thereafter as the Court is available. The parties further request that the Court issue an Order excluding time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

1. On January 24, 2023, a federal grand jury sitting in the District of Columbia returned an Indictment charging the Defendant with conspiracy to manufacture and distribute five kilograms or more of cocaine and 500 grams or more of methamphetamine intending, knowing, and having reasonable cause to believe that such substances would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 959(a), 960(a)(3), 960(b)(1)(B)(ii), 960(b)(1)(H), and 963, and 18 U.S.C. § 2 (Count One), and using, carrying, and possessing a firearm in furtherance of Count One, in violation of 18 U.S.C. §§ 924(c) and 2 (Count Two).

2. While already in custody in Mexico on local charges, the Defendant was served with the arrest warrant resulting from the charges in this case on March 23, 2023, and remained in

continuous custody until he was expelled from Mexico to the United Stated on February 27, 2025. The Defendant made his initial appearance in this District on February 28, 2025, and was arraigned on the Indictment. The Court scheduled an initial status conference on March 7, 2025, and excluded time under the Speedy Trial Act.

3. On March 7, 2025, the Government and the Defendant appeared before this Court for an initial status conference. The parties advised the Court that the Government had started producing initial discovery, with additional discovery forthcoming. The Court set another status hearing for May 2, 2025, and excluded time under the Speedy Trial Act. Min. Entry, Mar. 7, 2025.

4. The Government supplemented discovery on March 17, 2025. The discovery materials provided to date, which include a Mutual Legal Assistance Treaty (MLAT) response from the government of Mexico and more than 75,000 judicially authorized wiretap communications, total 17.5 gigabytes. The parties further report that additional time is needed to review the discovery and assess the possibility of a resolution short of trial.

5. Accordingly, the parties request that the Court continue the status hearing on May 2, 2025, to the week of July 7, 2025, or as soon thereafter as the Court is available.

6. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the parties believe that the ends of justice served by the tolling of the Speedy Trial Act clock until the next scheduled hearing in this matter outweigh the interest of the public and the Defendant in a speedy trial. Such time is necessary to allow counsel to review the discovery and discuss with the Defendant, and assess the possibility of resolution short of trial. A failure to grant such a continuance may result in a miscarriage of justice and would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv).

Dated: April 25, 2025

                                            Respectfully submitted,

                                            MARLON COBAR, Chief
                                            Narcotic and Dangerous Drug Section
                                            Criminal Division
                                            U.S. Department of Justice

| | |
|---|---|
|     */s/ Frank Perez*     |     */s/ Douglas Meisel*     |
| Frank Perez | Douglas Meisel |
| Counsel for Antonion Oseguera Cervantes | Lernik Begian |
| 9110 Scyene Road | Trial Attorneys |
| Dallas, Texas 75227 | Narcotic and Dangerous Drug Section |
| (214) 828-9911 | Criminal Division |
| | U.S. Department of Justice |
| | 145 N Street, NE |
| | Washington, D.C. 20530 |
| | (202) 598-2281 |
| | Douglas.meisel@usdoj.gov |

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this motion has been served via CM/ECF on counsel for the Defendant this 25th day of April 2025.

                          By:      /s/Douglas Meisel
                                    DOUGLAS MEISEL
                                    Trial Attorney
                                    Narcotic and Dangerous Drug Section
                                    Criminal Division
                                    U.S. Department of Justice