AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 1:23-CR-00027-BAH-1 |
| Antonio Oseguera Cervantes | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as *pro hac vice* counsel for:

Antonio Oseguera Cervantes

Date: 06/16/2025

*Attorney's signature*

Clark E. Birdsall
*Printed name and bar number*
State Bar No. 02333500
9110 Scyene Rd.
Dallas, Texas 75227

*Address*

clarkbirds@aol.com
*E-mail address*

(214) 828-9911
*Telephone number*

(214) 828-2104
*FAX number*