**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ANTONIO OSEGUERA CERVANTES,**<br>**also known as "Tony Montana,"**<br>**"Chueho," "Joel Mora Garibay," "Tono,"**<br>**"T.M.," and "El 4,"**<br><br>**Defendant.** | **CRIMINAL NO. 23-CR-027 (BAH)** |

## JOINT MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME

The parties respectfully submit this motion to request that the Court continue the status hearing scheduled for April 17, 2026, to the week of June 15, 2026, or as soon thereafter as the Court is available, and to exclude time under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

1.      On January 7, 2026, the Court granted the parties' joint motion for a continuance, rescheduling the status hearing in this case to April 17, 2026, so the parties could continue their discussion of the evidence and possible resolutions short of trial. The Court also tolled the Speedy Trial Act time until April 17, 2026. Min. Order, Jan. 7, 2026.

2.      Since the last continuance, the parties have been negotiating the terms of a possible plea agreement to resolve the case short of trial. The parties need additional time to finalize their negotiations and related paperwork and for the Defendant to consider the resulting plea offer. Accordingly, the parties request that the Court continue the status hearing on April 17, 2026, for about 60 days, to the week of June 15, 2026, or as soon thereafter as the Court is available.

3.      The parties also request that the Court toll the Speedy Trial Act time from April 17, 2026, to the next scheduled hearing in this matter, pursuant to 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by such tolling outweigh the interest of the public and the Defendant in

a speedy trial. Such time is necessary for the parties to finalize their negotiations to resolve the case short of trial. A failure to grant such a continuance may result in a miscarriage of justice and would deny the parties adequate time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv).

Dated: April 10, 2026

Respectfully submitted,

MARGARET A. MOESER, Chief
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice

*/s/ Frank Perez*
Frank Perez
Counsel for Antonion Oseguera Cervantes
9110 Scyene Road
Dallas, Texas 75227
(214) 828-9911

*/s/  Lernik Begian*
Lernik Begian
Douglas Meisel
Kaitlin Sahni
Trial Attorneys
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice
lernik.begian@usdoj.gov
douglas.meisel@usdoj.gov
kaitlin.sahni@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this motion has been served via CM/ECF on counsel for the Defendant this 10th day of April 2026.

By:     <u>  /Lernik Begian</u>
LERNIK BEGIAN
Trial Attorney
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice