**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ANTONIO OSEGUERA CERVANTES,**<br>**also known as "Tony Montana,"**<br>**"Chueho," "Joel Mora Garibay," "Tono,"**<br>**"T.M.," and "El 4,"**<br><br>**Defendant.** | **CRIMINAL NO. 23-CR-027 (BAH)** |

## ORDER

This matter having come before the Court by the parties' Joint Motion to Continue Status Hearing and Exclude Time dated April 10, 2026, wherein the parties requested this Court continue the status hearing currently scheduled for April 17, 2026, to the week of June 15, 2026, or as soon thereafter as the Court is available, and issue an Order to toll time pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161, and for good cause having been shown,

IT IS ORDERED that the status hearing scheduled for April 17, 2026, is CONTINUED to

_____.

IT IS THE FINDING OF THIS COURT, having considered the parties' joint motion, that the ends of justice served by a tolling of the Speedy Trial Act clock until the next hearing outweighs the best interest of the public and the Defendant in a speedy trial. Such time is necessary for the parties to continue their discussions of a resolution short of trial. A failure to grant such a continuance may result in a miscarriage of justice and would deny the parties adequate time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, IT IS HEREBY ORDERED, that for the purpose of computing the time within which the trial must commence, the period of April 17, 2026, to the date of the next hearing

in this matter, _____, 2026, shall be deemed an excludable period pursuant to 18 U.S.C. §

3161(h)(7)(A), (h)(7)(B)(i), (ii), and (iv).


 

_____
HON. BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE