**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 23-CR-027 (BAH)** |
| **v.** | |
| **ANTONIO OSEGUERA CERVANTES,** also known as "Tony Montana," "Chueho," "Joel Mora Garibay," "Tono," "T.M.," and "El 4,"** | |
| **Defendant.** | |

**JOINT MOTION TO VACATE STATUS HEARING,**
**SET A CHANGE-OF-PLEA HEARING, AND EXCLUDE TIME**

The parties respectfully submit this motion to request that the Court vacate the status hearing scheduled for June 18, 2026, set a change-of-plea hearing during the week of July 27, 2026, or as soon thereafter as the Court is available, and to exclude time under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

1. On April 13, 2026, the Court granted the parties' fourth joint motion for a continuance, rescheduling the status hearing in this case to June 18, 2026, so the parties could finalize their plea negotiations to resolve the case short of trial. Min. Order, April 13, 2026. The Court also tolled the Speedy Trial Act time until June 18, 2026. *Id.*

2. Since the last continuance, the parties have reached an agreement on the plea terms and need additional time to finalize the corresponding paperwork and prepare for the change of plea. Accordingly, the parties request that the Court vacate the upcoming status hearing and schedule a change-of-plea hearing during the week of July 27, 2026, or as soon thereafter as the Court is available.

3. The parties also request that the Court toll the Speedy Trial Act time from June 18,

2026, to the next hearing in this matter, pursuant to 18 U.S.C. § 3161(h)(7)(A), because the ends

of justice served by such tolling outweigh the interest of the public and the Defendant in a speedy

trial. Such time is necessary for the parties to finalize the plea paperwork and prepare for the

change-of-plea hearing. A failure to grant such a continuance may result in a miscarriage of justice

and would deny the parties adequate time necessary for effective preparation, taking into account

the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv).


Dated: June 11, 2026

Respectfully submitted,


MARGARET A. MOESER, Chief
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice


*/s/ Frank Perez*

Frank Perez
Counsel for Antonion Oseguera Cervantes
9110 Scyene Road
Dallas, Texas 75227
(214) 828-9911

*/s/ Lernik Begian*

Lernik Begian
Douglas Meisel
Kaitlin Sahni
Trial Attorneys
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice
lernik.begian@usdoj.gov
douglas.meisel@usdoj.gov
kaitlin.sahni@usdoj.gov


2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this motion has been served via CM/ECF on counsel for the Defendant this 11th day of June 2026.

By:    <u>  /Lernik Begian</u>
LERNIK BEGIAN
Trial Attorney
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice

3